UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONNIE JOSEPH REAGAN**                          CIVIL ACTION

versus                                            NO. 12-2571

**V.J. ST. PIERRE, et al.**                       SECTION: "G" (5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the complaint of **Ronnie Joseph Reagan** for monetary damages pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  24th  day of June, 2013.

*Nannette Jolivette Brown*
**UNITED STATES DISTRICT JUDGE**